IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| GOSECURE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 21-cv-01222 |
| | ) |
| BHANDARI, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss Defendant's Amended Counterclaim for malicious prosecution pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Court finds that Defendant Bhandari states a counterclaim upon which recovery may be granted. It is hereby

ORDERED that Plaintiff's Motion to Dismiss Defendant's Amended Counterclaim is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 14, 2022