IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| GOSECURE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:21-cv-01222 |
| | ) | |
| BHANDARI. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Contempt Sanctions. The Court finds that so long as Defendant's use of the GOSECURE Mark is accompanied by the following disclaimer, Defendant will be in compliance with this Court's permanent injunction entered on October 26, 2022:

> GoSecure Pvt Ltd. (India) is NOT affiliated or associated with GoSecure, Inc. [GoSecure.net]. The United States District Court for the Eastern District of Virginia, in GoSecure Inc. v. Bhandari, Case No. 1:21-cv-01222-CMH-IDD, found that the operator of this website, Billa Bhandari, has unlawfully infringed GoSecure,Inc.'s trademark rights by using the term GOSECURE in connection with United States commerce. Mr. Bhandari was therefore ordered by the Court to cease all use of the term GOSECURE, unless such use would indisputably have no effect on United States commerce. Accordingly, GoSecure Pvt Ltd. (India)'s goods and services are NOT AVAILABLE to United States residents, United States citizens, individuals presently in the United States, or any other individual or business entity whose products or services are or may become available in the United States.

1

It is hereby

    ORDERED that Plaintiff's Motion for Contempt Sanctions is DENIED.


                                              CLAUDE M. HILTON
                                              UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 24, 2023